## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 14-CV-3107-WJM-MJW

ADELE CLERMONT, AS PERSONAL REPRESENTATIVE
FOR THE ESTATE OF LEE BRYANT RUCKER,

Plaintiffs,

V.

MINNEQUA MEDICENTER; SSC PUEBLO OPERATING COMPANY, LLC D/B/A MINNEQUA MEDICENTER AND SSC BELMONT OPERATING COMPANY, LLC.

Defendants.

### STIPULATION FOR DISMISSAL OF CLAIMS AGAINST MINNEQUA MEDICENTER

Plaintiff Adele Clermont, as Personal Representative for the Estate of Lee Bryant Rucker, and Defendants Minnequa Medicenter, SSC Pueblo Operating Company, LLC D/B/A Minnequa Medicenter, and SSC Belmont Operating Company, LLC (collectively "Defendants") stipulate to the dismissal with prejudice of all of Plaintiff's claims in this case against Defendants. Each party shall bear its own fees and costs.

DATED: September 17, 2015.

| **MULLANS, PIERSEL & REED, P.C.** | **GORDON & REES LLP** |
|---|---|
| */s/ Richard Orona* | */s/ David M. Clarke* |
| Richard Orona, #35299 | David M. Clarke, #41281 |
| ATTORNEY FOR PLAINTIFF | ATTORNEY FOR DEFENDANTS |